## Keller, Appellant, *v.* Keller.

Argued December **6, 1974.** *I. Raymond Kremer,* with him *Gilbert I. Yaros,* **and** *Kremer, Krimsky & Luterman,* for appellant; *Anthony S. Minisi,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.